ORIGINAL

**FILED**

08/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0307

DENNIS J. HOBBS,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

ORDER

      Appellant has filed a motion for a 120-day extension of time to file his opening brief in the referenced matter. Good cause appearing.

      IT IS ORDERED that the motion for extension is GRANTED. Appellant has until December 9, 2020, within which to file his opening brief.

      No further extensions will be granted.

      DATED this ⟶ day of August, 2020.

For the Court,

By _____
              Chief Justice

FILED

AUG 13 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana